IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02804-BNB

TIMOTHY WHITE BODY, JR.,

    Plaintiff,

v.

NELLIE BERRY HILL, Tex Hall Former Judge and Chairman,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 1 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Timothy White Body, Jr., is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. He filed *pro se* a civil rights complaint titled "Complaint Pursuant to, 28 U.S.C. 1331(a), 1343(e), and a **Bivens** Action." He asks for habeas corpus relief, i.e., his release from custody.

Therefore, in an order filed on December 29, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Body within thirty days to cure certain designated deficiencies in the case. Specifically, Magistrate Judge Boland ordered Mr. Body either to pay the $5.00 filing fee for a habeas corpus action or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. He also ordered Mr. Body to submit on the proper, Court-approved form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The

December 29 order warned Mr. Body that if he failed to cure the designated deficiencies within the time allowed, the complaint and the action would be dismissed without prejudice.

Mr. Body has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the civil rights complaint titled "Complaint Pursuant to, 28 U.S.C. 1331(a), 1343(e), and a *Bivens* Action" and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02804-BNB

Timothy White Body
Reg No. 09470-059
FCI - Englewood
9595 West Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/11/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk